DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOHN RACHEL** and **PHYLLIS RACHEL,**
Appellants,

v.

**NPN CAPITAL PARTNERS, LLC,**
Appellee.

No. 4D20-2552

[January 27, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Andrea Gundersen, Judge; L.T. Case No. CACE07-009000(11).

Sherri B. Simpson of Simpson Law Group, Fort Lauderdale, for appellants.

David W. Rodstein of Rodstein Law, P.A., Tamarac, for appellee.

PER CURIAM.

*Affirmed.*

MAY, GERBER and LEVINE, JJ., concur.

* * *

***Not final until disposition of timely filed motion for rehearing.***